FILED

01/17/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0674

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Cause No. DA 24-0674

UNITED PROPERTY OWNERS OF MONTANA, INC., a Montana non-profit corporation,

*Plaintiff and Appellant*,

VS.

MONTANA FISH AND WILDLIFE COMMISSION AND MONTANA DEPARTMENT OF FISH, WILDLIFE, AND PARKS,

*Defendants and Appellees*,

AND

MONTANA WILDLIFE FEDERATION, MONTANA BACKCOUNTRY HUNTERS AND ANGLERS, MONTANA BOWHUNTERS ASSOCIATION, HELLGATE HUNTERS AND ANGLERS, HELENA HUNTERS AND ANGLERS, SKYLINE SPORTMEN'S ASSOCIATION, AND PUBLIC LAND AND WATER ACCESS ASSOCIATION,

*Intervenors*.

---

ON APPEAL FROM THE TENTH JUDICIAL DISTRICT COURT,
FERGUS COUNTY, HON. TODD GREGORY PRESIDING
CASE NO. DV-14-2022-0000036

---

## ORDER GRANTING APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

Appellant United Property Owners of Montana, Inc., pursuant to Montana Rule of Appellate Procedure 26(1), have moved for an extension of thirty (30) days to file their Opening Appellant Brief, currently due February 3, 2025.

IT IS HEREBY ORDERED that a thirty (30) day extension of time is GRANTED, Appellants shall have up to and including March 5, 2025, to file their Opening Appellant Brief.

Electronically dated and signed below.

2

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 17 2025